642 A.2d 1086

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**Kevin B. WILSON, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 24, 1994.

Decided May 23, 1994.

Patrick J. Connors, Media, for K. Wilson.

William H. Ryan, Jr., Dennis C. McAndrews, Media, for Com.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

230

■

*ORDER*

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.